IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD A. JOHNSON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| LABOR FORCE, INC., *et al.*, | : | |
| Defendants | : | NO. 10-199 |

## ORDER

**AND NOW**, this 15th day of December, 2011, upon consideration of Motion of Defendants Mutual Industries and Bilt-Rite for Summary Judgment (Document No. 48), the Plaintiff's Response thereto (Document No. 50), and for the reasons provided in the attached Memorandum of today, it is hereby **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

                                                                **BY THE COURT**:

                                                 */s/ Carol Sandra Moore Wells*
                                                 CAROL SANDRA MOORE WELLS
                                                 Chief United States Magistrate Judge